UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:09-cv-1037-ORL-35GJK

GEORGE RICHARDSON,

    Plaintiff,

vs.

PALACE NEWS AGENCY, INC., d/b/a SHIVM
FOOD AND GENERAL STORE, INC.,

    Defendant.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, GEORGE RICHARDSON, by and through his undersigned counsel, and Defendant, PALACE NEWS AGENCY, INC., d/b/a SHIVM FOOD AND GENERAL STORE, INC., hereby stipulate to the voluntary dismissal of this action without prejudice, with each party to bear their own attorneys' fees, expenses and costs.

    Respectfully submitted,

**WHITELOCK & ASSOCIATES, P.A.**
Counsel for Plaintiff
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410


s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No.: 0067539

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CMECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Filing.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

**SERVICE LIST
CASE NUMBER: 6:09-CV-1037-ORL-35GJK**

Palace News Agency, Inc.
d/b/a Shivm Food and General Store
c/o Navinchandra C. Patel
8050 N. Atlantic Avenue, Penthouse E
Cape Canaveral, FL 32920

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:09-cv-1037-ORL-35GJK

GEORGE RICHARDSON,
    Plaintiff,

vs.

PALACE NEWS AGENCY, INC., a
Florida corporation d/b/a SHIVM FOOD
AND GENERAL STORE,
    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon the Stipulation for Voluntary Dismissal Without Prejudice, filed herein by the Parties. The Court has carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Stipulation for Voluntary Dismissal Without Prejudice filed herein by the Parties be and the same is hereby approved, adopted and ratified by the Court;

2.    The above-styled cause be and the same is hereby **DISMISSED** without prejudice, with each party to bear their own attorneys' fees, expenses and costs.

3.    To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers this _____ day of January, 2010.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

**Copies furnished**:
Christopher J. Whitelock, Esq.
Palace News Agency, Inc.

2