UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GEORGE RICHARDSON,**

       **Plaintiff,**

v.                                          **CASE NO.  6:09-CV-1037-ORL-35GJK**

**PALACE NEWS AGENCY, INC.,**
d/b/a Shivm Food and General Store, Inc.

       **Defendant.**
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Stipulation for Voluntary Dismissal without Prejudice (Docket No.15) and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is dismissed without prejudice.  Each party shall bear its own attorneys' fees and costs associated with this matter.  The **Clerk** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 13th day of January 2010.

                                                    MARY S. SCRIVEN
                                                  UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel of Record
Any Unrepresented Party